# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 251 MAL 2016

             Respondent    :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

         v.    :

JAMES W. WORTHINGTON,    :

             Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.